UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| HAROLD E. BOSSELMANN, ) | |
| ) | MAGISTRATE JUDGE _RBC_ |
| Plaintiff, ) | |
| v. ) | CIVIL ACTION NO. |
| ) | |
| MAKITA U.S.A., INC. ) | RECEIPT # _____ |
| ) | AMOUNT $250 |
| Defendant. ) | SUMMONS ISSUED _N/A_ |
| ) | LOCAL RULE 4.1 ____ |
|  | WAIVER FORM ____ |
|  | MCF ISSUED ____ |
|  | BY DPTY. CLK. _full_ |
|  | DATE _6/7/05_ |

PETITION FOR REMOVAL

TO: THE CHIEF JUDGE AND JUDGES OF THE UNITED STATES
DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

The defendant, Makita U.S.A., Inc. files this Petition for Removal of this action from Middlesex Superior Court (Lowell), Middlesex County, Commonwealth of Massachusetts, to the United States District Court for the District of Massachusetts, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446. In support of its Petition for Removal, Makita U.S.A., Inc. states as follows:

1. As appears from the docket, files and records of the Superior Court Department of the Trial Court, Middlesex Superior Court (Lowell), Middlesex County, Commonwealth of Massachusetts, Civil Action No. MICV2005-00995-L, the plaintiff commenced a civil action by filing a Complaint. A copy of the Summons and Complaint is annexed hereto as Exhibit A. On May 10, 2005, Makita U.S.A., Inc. received the Summons and Complaint via personal service care of its registered agent in Massachusetts.

2. This is a products liability action in which the plaintiff Harold E. Bosselmann alleges that on March 31, 2002, he sustained personal injuries using a Makita Model 2708 table saw. Mr. Bosselmann alleges that while using the saw, "the saw struck a knot in

the wood, causing the assembly to bounce toward plaintiff and severely cut into his hand." Mr. Bosselmann alleges in his complaint that he has suffered severe injury and loss of function to his major hand, incurred pain and suffering, was prevented from his usual activities, and incurred medical expenses in excess of $21,000.00. (See Plaintiff's Complaint attached as "Exhibit A"). Moreover, in his Civil Action Cover Sheet, Mr. Bosselmann seeks $320,931.73 in damages. ("Exhibit A"). Therefore, due to the severity of the plaintiff's injuries and his demand for relief, the amount in controversy, exclusive of interest and costs, exceeds $75,000.00.

3. The plaintiff has alleged in his Complaint that he is an individual residing Westford, Massachusetts, Middlesex County, Massachusetts.

4. The defendant, Makita U.S.A., Inc., is organized under the laws of California, with a principal place of business located in La Mirada, California.

5. Jurisdiction in the Federal Court is founded on complete diversity of citizenship between the plaintiff and the defendant pursuant to 28 U.S.C. § 1332. The amount in controversy exceeds, exclusive of interests and costs, $75,000.00.

6. The defendant was served with the Summons and Complaint on May 10, 2005 and therefore this petition for removal is filed within 30 days of receipt of the Summons and Complaint by Makita U.S.A., Inc.

7. A stamped copy of this petition for removal will be filed with the Middlesex Superior Court (Lowell), Middlesex County, Commonwealth of Massachusetts, and served on counsel of record for the plaintiff pursuant to 28 U.S.C. § 144(d). A copy of the Notice of Removal to Middlesex Superior Court (without attachments) to be filed and served is attached as <u>Exhibit B</u>.

**WHEREFORE**, Makita U.S.A., Inc. prays for removal of the above captioned matter from the Superior Court Department of the Trial Court, Middlesex Superior Court (Lowell), Middlesex County, Commonwealth of Massachusetts to the United States District Court for the District of Massachusetts.

Dated: June 7, 2005

                                  MAKITA U.S.A., INC.
                                  By its Attorneys,
                                  CAMPBELL CAMPBELL EDWARDS & CONROY
                                  PROFESSIONAL CORPORATION

                                  */s/ Holly M. Polglase*
                                  Holly M. Polglase (BBO# 553271)
                                  Christopher R. Conroy (BBO# 661155)
                                  One Constitutional Plaza
                                  Boston, MA 02129
                                  (617) 241-3000

## CERTIFICATE OF SERVICE

I, Christopher R. Conroy, of Campbell Campbell Edwards & Conroy Professional Corporation, attorney for Makita, hereby certify that on June __7__, 2005, a true copy of the above document was served upon the following by First Class Mail:

Michael C. Najjar, Esquire
Marcotte Law Firm
45 Merrimack Street
Lowell, MA 01852

_____
Christopher R. Conroy

4

ITA USA INC / LEGAL          FAX NO. : 714 522 7679          May. 10 2005 03:33PM P4

# Commonwealth of Massachusetts

MIDDLESEX, SS.

SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION NO.: 05-00995-L

HAROLD E. BOSSELMANN,
    PLAINTIFF

v.

COMPLAINT

MAKITA U.S.A., INC.,
    DEFENDANT

## COUNT I

1. Plaintiff, Harold E. Bosselmann, resides in Westford, Middlesex County, Massachusetts.

2. Defendant, Makita U.S.A., Inc., is a California corporation, with a resident agent in Massachusetts, namely Gary S. Whitaker of Westwood, Massachusetts.

3. Defendant, Makita U.S.A., Inc., manufactures power tools and markets them throughout Massachusetts, as well as throughout the United States.

4. Defendant manufactured and marketed a table saw designed as Makita Model Number 2708 which included a base upon which to attach the table saw.

5. On March 31, 2002, plaintiff Harold E. Bosselmann, was using a Makita Model Number 2708, in Westford, Massachusetts, to reduce the width of a 2"x6" piece of wood down to a 2"x4" piece.

6. In the course of cutting said wood, the saw struck a knot in the wood, causing the assembly to bounce toward plaintiff and severely cut into his hand.

7. The incident was caused by the negligence of the defendant in the design of the table saw and its base, including, but not limited to, the failure to provide sufficient stability for the assembly and the failure to have an On/Off mechanism that would have allowed for cessation of rotation of the saw once the assembly started to move from its normal position.

8. As a result thereof, plaintiff sustained severe injury and loss of function to his major hand, endured pain and suffering, was prevented from pursuing his usual activities, incurred medical expenses in excess of $21,000.00, and was otherwise damaged.

WHEREFORE, the plaintiff, Harold E. Bosselmann, claims damages and demands judgment against the defendant, Makita U.S.A., Inc., with interest and costs.

MARCOTTE
LAW FIRM
45 MERRIMACK ST
LOWELL, MA 01852
(978) 458-1229

## COUNT II

1. Plaintiff, Harold E. Bosselmann, realleges paragraphs 1 through 6 of COUNT ONE and by reference makes them a part of this COUNT.

2. The Makita Table Saw Model No. 2708 was not fit for the purpose for which it was intended and breached the Warranty of Merchantability.

3. As a result thereof, plaintiff sustained severe injury and loss of function to his major hand, endured pain and suffering, was prevented from pursuing his usual activities, incurred medical expenses in excess of $21,000.00, and was otherwise damaged.

WHEREFORE, the plaintiff, Harold E. Bosselmann, claims damages and demands judgment against the defendant, Makita, U.S.A., Inc., with interest and costs.

PLAINTIFF DEMANDS TRIAL BY JURY!

Respectfully submitted,
Plaintiff, Harold E. Bosselmann,
By his attorney,

Michael C. Najjar, Esq.
BBO#: 366740

Dated: March 22, 2005

MARCOTTE
LAW FIRM
15 MERRIMACK ST.
LOWELL, MA 01852
(978) 458-1229

ITA USA INC / LEGAL   FAX NO. : 714 522 7679   May. 10 2005 03:34PM P6

| CIVIL ACTION COVER SHEET | DOCKET NO (S) 05-00993-L | Trial Court of Massachusetts Superior Court Department County: Middlesex |
|---|---|---|

| PLAINTIFF(S) | DEFENDANT(S) |
|---|---|
| Harold E. Bosselmann | Makita U.S.A., Inc. |
| ATTORNEY, FIRM NAME, ADDRESS AND TELEPHONE | ATTORNEY (if known) |
| Michael C. Najjar – Marcotte Law Firm 45 Merrimack St., Ste. 410, Lowell MA 01852 – 978-468-1229 Board of Bar Overseers Number   356740 | |

### Origin code and track designation

Place an x in one box only:
- [X] 1. FO1 Original Complaint
- [ ] 2. F02 Removal to Sup. Ct. C. 231, s. 104 (Before trial) (F)
- [ ] 3. F03 Retransfer to Sup. Ct. C. 231, s. 102C (X)
- [ ] 4. F04 District Court Appeal c. 231, s. 97 & 104 (After trial) (X)
- [ ] 5. F05 Reactivated after rescript; relief from judgment/Order (Mass. R. Civ. P. 60) (X)
- [ ] 6. E10 Summary Process Appeal (X)

### TYPE OF ACTION AND TRACK DESIGNATION (See reverse side)

| CODE NO. | TYPE OF ACTION (specify) | TRACK | IS THIS A JURY CASE? |
|---|---|---|---|
| B05 | Products Liability | (A) | (X) Yes  ( ) No |

The following is a full, itemized and detailed statement of the facts on which plaintiff relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

### TORT CLAIMS
(Attach additional sheets as necessary)

A. Documented medical expenses to date:
1. Total hospital expenses ... $ 14,548.93
2. Total Doctor expenses ... $ 5,530.00
3. Total chiropractic expenses ... $ 0.00
4. Total physical therapy expenses ... $
5. Total other expenses   Anesthesia ($420.00) & Prescriptions ($432.80) ... $ 852.80
   Subtotal $ 20,931.73
B. Documented lost wages and compensation to date ... $ undetermined
C. Documented property damages to date ... $ 0.00
D. Reasonably anticipated future medical and hospital expenses ... $ undetermined
E. Reasonably anticipated lost wages ... $ 0.00
F. Other documented items of damages (describe)   above list of medical costs is not complete ... $ 0.00
G. Brief description of plaintiff's injury, including nature and extent of injury (describe)
   Severe lacerations to right major hand, with disfigurement and loss of function of hand
   $ 300,000.00
   TOTAL  $ 320,931.73

### CONTRACT CLAIMS
(Attach additional sheets as necessary)

Provide a detailed description of claim(s):   N/A

TOTAL  $ 0.00

PLEASE IDENTIFY, BY CASE NUMBER, NAME AND COUNTY, ANY RELATED ACTION PENDING IN THE SUPERIOR COURT DEPARTMENT: None

"I hereby certify that I have complied with the requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of various methods."

Signature of Attorney of Record _____   DATE: March 22, 2005

TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED: —
XXXX — MOTOR VEHICLE TORT — XXXXXXXXX-
XXXXXXXXXXXXXXXXXXXXXX

## COMMONWEALTH OF MASSACHUSETTS


MIDDLESEX, ss.

SUPERIOR COURT
DEPARTMENT
OF THE
TRIAL COURT
CIVIL ACTION

No. 05-00995-L

HAROLD E. BOSSELMANN ............... Plaintiff(s)

v.

MAKITA U.S.A., INC. ............... Defendant(s)

### SUMMONS

To the above-named Defendant: MAKITA U.S.A., INC., c/o Gary S. Whitaker, Westwood, MA

You are hereby summoned and required to serve upon ......MICHAEL C. NAJJAR............
..................................... plaintiff's attorney, whose address is .....MARCOTTE LAW FIRM.....
45 MERRIMACK ST., LOWELL, MA 01852............. an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at ..LOWELL SUPERIOR COURT, 360 GORHAM ST., LOWELL, MA....... either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, Suzanne V. DelVecchio Esquire, at ............CAMBRIDGE............

the ......TWENTY-FIFTH.................. day of ........MARCH................

.................... in the year of our Lord one thousand nine hundred and TWO THOUSAND AND FIVE.

MCN/db  A TRUE COPY ATTEST:

DEPUTY SHERIFF
DATE

                                                              Edward J. Sullivan
                                                              Clerk

NOTICE TO DEFENDANT — You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office.

NOTES.
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

FORM NO. SUP. —001

COMMONWEALTH OF MASSACHUSETTS

**MIDDLESEX, SS.**                                    SUPERIOR COURT DEPARTMENT
                                                      CIVIL ACTION NO.: 05-00995-L

HAROLD E. BOSSELMANN,             )
                                  )
      **Plaintiff,**              )
v.                                )
                                  )
MAKITA U.S.A., INC.               )
                                  )
      **Defendant.**              )
                                  )

## NOTICE FOR REMOVAL

TO:   Middlesex Superior Court          Michael C. Najjar, Esquire
       Civil Clerk's Office               Marcotte Law Firm
       360 Gorham Street                45 Merrimack Street
       Lowell, MA 01852                 Lowell, MA 01852

      PLEASE TAKE NOTICE, that the defendant, Makita U.S.A., Inc., a California corporation with a principal place of business in La Miranda, California, has this day filed a Petition for Removal of the above-captioned civil matter from Middlesex Superior Court (Lowell), Middlesex County, Commonwealth of Massachusetts, to the United States District Court for the District of Massachusetts, pursuant to 28 U.S.C. § 1332, containing a statement of facts which entitles it to remove the case to the United States District Court for the District of Massachusetts. Certified copies of all records, proceedings and docket entries in the State Court shall be filed with District Court pursuant to U.S. District Court Rule 81.1.

      A copy of the Petition for Removal (without attachments) is attached as <u>Exhibit A</u>. You are respectively advised that pursuant to 28 U.S.C. § 1446(d), the Middlesex Superior Court

(Lowell), Middlesex County, Commonwealth of Massachusetts, shall proceed no further in this action unless and until the action is remanded.

                MAKITA U.S.A., INC.
                By its Attorneys,
                CAMPBELL CAMPBELL EDWARDS & CONROY
                PROFESSIONAL CORPORATION

                *[signature]*
                Holly M. Polglase (BBO# 553271)
                Christopher R. Conroy (BBO# 661155)
                One Constitutional Plaza
                Boston, MA 02129
                (617) 241-3000

Dated: June __7__, 2004

## CERTIFICATE OF SERVICE

I, Christopher R. Conroy, of Campbell Campbell Edwards & Conroy Professional Corporation, attorney for Makita, hereby certify that on June ____, 2005, a true copy of the above document was served upon the following by First Class Mail:

Michael C. Najjar, Esquire
Marcotte Law Firm
45 Merrimack Street
Lowell, MA 01852

                *[signature]*
                Christopher R. Conroy

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only) __Harold E. Bosselmann v. Makita, U.S.A., Inc.__

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

   - [ ] I. 160, 410, 470, 535, R.23, REGARDLESS OF NATURE OF SUIT.

   - [ ] II. 195, 196, 368, 400, 440-446, 540, 550, 555, 625, 710, 720, 730,    *Also complete AO 120 or AO 121
           740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.           for patent, trademark or copyright cases

   - [✓] III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
            315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
            380, 385, 450, 891.

   - [ ] IV. 220, 422, 423, 430, 460, 480, 490, 510, 530, 610, 620, 630, 640, 650, 660,
           690, 810, 861-865, 870, 871, 875, 900.

   - [ ] V. 150, 152, 153.

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

   _____

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?

   YES [ ]    NO [✓]

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)

   YES [ ]    NO [✓]

   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?

   YES [ ]    NO [✓]

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?

   YES [ ]    NO [✓]

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).

   YES [ ]    NO [✓]

   A. If yes, in which division do all of the non-governmental parties reside?

      Eastern Division [ ]    Central Division [ ]    Western Division [ ]

   B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?

      Eastern Division [✓]    Central Division [ ]    Western Division [ ]

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)

   YES [ ]    NO [✓]

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME __Holly M. Polglase, Esquire__
ADDRESS __Campbell Campbell Edwards & Conroy, P.C., One Constitution Plaza, Boston, MA 02129__
TELEPHONE NO. __617-241-3000__

(CategoryForm.wpd - 5/2/05)

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
HAROLD E. BOSSELMANN

### DEFENDANTS
MAKITA U.S.A., INC.

(b) County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: Los Angeles County, CA
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Michael C. Najjar, Esq., Marcotte Law Firm, 45 Merrimack Street, Lowell MA 01852 (978) 458-1229

Attorneys (If Known): Christopher R. Conroy, Esquire; Holly M. Polglase, Esq.
Campbell Campbell Edwards & Conroy, P.C., One Constitution Plaza, Boston, MA 02129 (617) 241-3000

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☒ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | ☐ 690 Other |  | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability |  | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise |  | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment / **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / ☐ 530 General |  | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 535 Death Penalty |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other |  |  | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights |  |  | ☐ 950 Constitutionality of State Statutes |
|  | ☐ 440 Other Civil Rights / ☐ 555 Prison Condition |  |  |  |

## V. ORIGIN (Place an "X" in One Box Only)

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 U.S.C. s. 1332

Brief description of cause:
Personal Injury - Product Liability: Plaintiff alleges to have received personal injury using a table saw

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 320,931.73
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions) JUDGE _____ DOCKET NUMBER _____

DATE 6/7/05
SIGNATURE OF ATTORNEY OF RECORD /s/

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____