UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

05 11176 PBS

| | |
|---|---|
| HAROLD E. BOSSELMANN, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>MAKITA U.S.A., INC. )<br>)<br>Defendant. )<br>) | CIVIL ACTION NO. |

**CORPORATE DISCLOSURE OF MAKITA U.S.A., INC.**

The defendant, Makita U.S.A., Inc., pursuant to Fed. R. Civ. P. 7.1(a) and Local Rule 7.3, states that Makita U.S.A., Inc.'s parent corporation is Makita Corporation and that it is a wholly owned subsidiary of Makita Corporation. Makita U.S.A., Inc. has no publicly issued shares and Makita Corporation has publicly issued shares. Makita U.S.A., Inc. does not have any non wholly-owned subsidiaries or affiliates that have publicly issued shares.

Dated: June 7, 2005

                        MAKITA U.S.A., INC.
                        By its Attorneys,
                        CAMPBELL CAMPBELL EDWARDS & CONROY
                        PROFESSIONAL CORPORATION

                        Holly M. Polglase (BBO# 553271)
                        Christopher R. Conroy (BBO# 661155)
                        One Constitutional Plaza
                        Boston, MA 02129
                        (617) 241-3000

## CERTIFICATE OF SERVICE

I, Christopher R. Conroy, of Campbell Campbell Edwards & Conroy Professional Corporation, attorney for Makita, hereby certify that on June __7__, 2005, a true copy of the above document was served upon the following by First Class Mail:

Michael C. Najjar, Esquire
Marcotte Law Firm
45 Merrimack Street
Lowell, MA 01852

Christopher R. Conroy