UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HAROLD E. BOSSELMANN, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>MAKITA U.S.A., INC. )<br>)<br>Defendant. )<br>) | CIVIL ACTION NO. 05-11176 PBS |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2, please enter the appearance of Christopher R. Conroy of the law firm of Campbell Campbell Edwards & Conroy, Professional Corporation as counsel for Defendant, Makita U.S.A., Inc., in the above-captioned matter.

MAKITA U.S.A., INC.
By its Attorneys,

CAMPBELL CAMPBELL EDWARDS & CONROY,
PROFESSIONAL CORPORATION

_____
Christopher R. Conroy (BBO#661155)
One Constitutional Plaza
Boston, MA 02129
(617) 241-3000
cconroy@campbell-trial-lawyers.com

## CERTIFICATE OF SERVICE

    I, Christopher R. Conroy, of Campbell Campbell Edwards & Conroy Professional Corporation, attorney for Makita, U.S.A., Inc. hereby certify that on June 23, 2005, a true copy of the above document was served upon the following by First Class Mail:

Michael C. Najjar, Esquire
Marcotte Law Firm
45 Merrimack Street
Lowell, MA 01852

_____
Christopher R. Conroy