## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HAROLD E. BOSSELMANN,  )<br><br>Plaintiff,  )<br>v.  )<br><br>MAKITA U.S.A., INC.  )<br><br>Defendant.  ) | CIVIL ACTION NO.  05-11176 PBS |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2, please enter the appearance of Holly M. Polglase of the

law firm of Campbell Campbell Edwards & Conroy, Professional Corporation as counsel for

Defendant, Makita U.S.A., Inc., in the above-captioned matter.

**MAKITA U.S.A., INC.**
By its Attorneys,

**CAMPBELL CAMPBELL EDWARDS & CONROY,**
**PROFESSIONAL CORPORATION**

_____
Holly M. Polglase (BBO# 553271)
One Constitutional Plaza
Boston, MA 02129
(617) 241-3000
hpolglase@campbell-trial-lawyers.com

## **CERTIFICATE OF SERVICE**

I, Christopher R. Conroy, of Campbell Campbell Edwards & Conroy Professional Corporation, attorney for Makita, U.S.A., Inc. hereby certify that on June _25_ , 2005, a true copy of the above document was served upon the following by First Class Mail:

Michael C. Najjar, Esquire
Marcotte Law Firm
45 Merrimack Street
Lowell, MA 01852

_____
Christopher R. Conroy