CAMPBELL CAMPBELL EDWARDS & CONROY
PROFESSIONAL CORPORATION



ONE CONSTITUTION PLAZA
THIRD FLOOR
BOSTON, MA 02129
TEL: (617) 241 3000
FAX: (617) 241 5115

CHRISTOPHER R. CONROY
(617)241-3000

June 23, 2005

Michael C. Najjar, Esq.
Marcotte Law Firm
45 Merrimack Street
Lowell, MA 01852

Re:   Bosselmann v. Makita U.S.A., Inc., USDC C.A. No.: 05-11176-PBS

Dear Mike:

Pursuant to our mutual agreement, I have spoken with Judge Saris's clerk, Robert Alba, about moving the scheduling conference. Please be advised that the scheduling conference scheduled for August 8, 2005 has been moved to August 17, 2005 at 3:15 p.m. It is my understanding that no new notice will be sent.

Thank you for your attention to this matter.

Very truly yours,

Christopher R. Conroy

Cc:   United States District Court, Clerk's Office
      Holly M. Polglase, Esq.

CONNECTICUT • MAINE • MASSACHUSETTS • NEW HAMPSHIRE • NEW JERSEY • PENNSYLVANIA • RHODE ISLAND