UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HAROLD E. BOSSELMANN, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CIVIL ACTION NO. 05-11176 PBS |
| ) | |
| MAKITA U.S.A., INC. ) | |
| ) | |
| Defendant. ) | |

**MAKITA U.S.A., INC.'S LOCAL RULE 81.1 CERTIFICATE OF FILING CERTIFIED COPIES OF STATE COURT RECORDS, PROCEEDINGS, AND DOCKET ENTRIES**

I, Christopher R. Conroy, attorney for the defendant, Makita U.S.A., Inc., in accordance with the provisions of 28 U.S.C. § 1446, caused to be filed on behalf of Makita U.S.A., Inc. on June 7, 2005, a Petition for Removal of this action from the Superior Court for the County of Middlesex, Commonwealth of Massachusetts.

I further certify that pursuant to Local Rule 81.1 attached hereto are certified copies of all records, proceedings and docket entries in the Superior Court for the County of Middlesex, Commonwealth of Massachusetts, in the case titled Harold E. Bosselmann v. Makita U.S.A., Inc., Civil Action No.: MICV2005-00995-L.

This certificate is signed under the pains and penalties of perjury this 21st day of June, 2005.

                         MAKITA U.S.A., INC.
                         By its Attorneys,
                         CAMPBELL CAMPBELL EDWARDS & CONROY, P.C.

                         _____
                         Holly M. Polglase (BBO# 553271)
                         Christopher R. Conroy (BBO# 661155)
                         One Constitutional Plaza
                         Boston, MA 02129
                         (617) 241-3000

## CERTIFICATE OF SERVICE

I, Christopher R. Conroy, of Campbell Campbell Edwards & Conroy Professional Corporation, attorney for Makita, hereby certify that on June 21, 2005, a true copy of the above document was served upon the following by First Class Mail:

Michael C. Najjar, Esquire
Marcotte Law Firm
45 Merrimack Street
Lowell, MA 01852

_____
Christopher R. Conroy