UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Harold Bosselmann
        Plaintiff,         CIVIL ACTION
                                NO.   05-11176-PBS
    v.

Makita USA, Inc.
        Defendant.


**NOTICE OF RESCHEDULED SCHEDULING CONFERENCE**

SARIS, U.S.D.J.                                                       August 3, 2005

      At the request of counsel, the Scheduling Conference previously scheduled for August 17, 2005, has been **rescheduled** to **September 6, 2005, at 2:30 p.m.**

                                                    By the Court,


                                                    _./s/ Robert C. Alba_
                                                    Deputy Clerk


Copies to: All Counsel


resched.ntc