UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HAROLD E. BOSSELMANN,<br><br>　　　　Plaintiff,<br>v.<br><br>MAKITA U.S.A., INC.<br><br>　　　　Defendant. | CIVIL ACTION NO. 05-11176 PBS |

## PROPOSED SCHEDULING ORDER

The parties to this action, plaintiff Harold E. Bosselmann and defendant Makita U.S.A., Inc., submit this Proposed Scheduling Order pursuant to Fed. R. Civ. P. 16(b), Fed. R. Civ. P. 26(f) and Local Rule 16.1(D). All of the proposals contained in this motion are made jointly by the parties.

1. **Initial Disclosures**. Initial disclosures required by Fed. R. Civ. P. 26(a)(1) must be completed by September 17, 2005.

2. **Amendments to Pleadings.** Except for good cause shown, no motions seeking leave to add new parties or to amend the pleadings to assert new claims or defenses may be filed after November 30, 2005.

3. **Fact Discovery Interim Deadlines.**

    a. All requests for production of documents and interrogatories must be served by February 28, 2006

    b. All requests for admission must be served by February 28, 2006.

    c. All depositions, other than expert depositions, must be completed by March 31, 2006.

4. **Fact Discovery Final Deadline.** All discovery, other than expert discovery, must be completed by April 30, 2006.

5. **Status Conference.** A status conference will be held sometime in May, 2006.

6. **Expert Discovery.**

   a. Plaintiff(s)' trial experts must be designated, and the information contemplated by Fed. R. Civ. P. 26(a)(2) must be disclosed, by <u>June 1, 2006</u>

   b. Plaintiff(s)' trial experts must be deposed by <u>August 31, 2006</u>.

   c. Defendant(s)' trial experts must be designated, and the information contemplated by Fed. R. Civ. P. 26(a)(2) must be disclosed, by <u>July 7, 2006</u>.

   d. Defendant(s)' trial experts must be deposed by <u>August 31, 2006</u>.

7. **Dispositive Motions.**

   1. Dispositive motions, such as motions for summary judgment or partial summary judgment and motions for judgment on the pleadings, must be filed by <u>September 29, 2006</u>.

   2. Oppositions to dispositive motions must be filed within <u> 21 </u> days after service of the motion.

8. **Pretrial Conference.**

   A pretrial conference will be held sometime in <u>December, 2006</u>.

The parties to the above captioned action submit the following Proposed Scheduling Order. The undersigned counsel conferred in order to discuss and develop the following plan.

| | |
|---|---|
| **HAROLD E. BOSSELMANN** | **MAKITA U.S.A., INC.** |
| By his Attorneys, | By its Attorneys, |
| **MARCOTTE LAW FIRM** | **CAMPBELL CAMPBELL EDWARDS & CONROY, P.C.** |
| /s/ Michael C. Najjar (CRC) | /s/ |
| Michael C. Najjar (BBO# 366740) | Holly M. Polglase (BBO# 553271) |
| 45 Merrimack Street | Christopher R. Conroy (BBO# 661155) |
| Lowell, MA 01852 | One Constitution Plaza |
| (978) 458-1229 | Boston, MA 02129 |
| | (617) 241-3000 |

## CERTIFICATE OF SERVICE

I, Christopher R. Conroy, of Campbell Campbell Edwards & Conroy Professional Corporation, attorney for Makita, U.S.A., Inc. hereby certify that on August 31, 2005, a true copy of the above document was served upon the following by First Class Mail:

Michael C. Najjar, Esquire
Marcotte Law Firm
45 Merrimack Street
Lowell, MA 01852

_____
Christopher R. Conroy