UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HAROLD E. BOSSELMANN, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>MAKITA U.S.A., INC. )<br>)<br>Defendant. ) | CIVIL ACTION NO. 05-11176 PBS |

### CERTIFICATION PURSUANT TO LOCAL RULE 16.1

Pursuant to Local Rule 16.1, this certifies that counsel and an authorized representative of Makita, U.S.A., Inc., have conferred regarding the following issues:

1. A budget for the cost of litigating this matter through trial or other resolution; and

2. Consideration of alternative forms of dispute resolution at the appropriate time during the case.

Dated: August 29, 2005

Respectfully submitted,

| An Authorized Representative of<br>Makita, U.S.A., Inc. | Attorneys for Makita U.S.A., Inc. |
|---|---|
| _____<br>Name: Daniel Rhodes<br><br>Title: General Counsel | _____<br>Holly M. Polglase (BBO# 553271)<br>Christopher R. Conroy (BBO# 661155)<br>One Constitution Plaza<br>Boston, MA 02129<br>(617) 241-3000 |

## **CERTIFICATE OF SERVICE**

I, Christopher R. Conroy, of Campbell Campbell Edwards & Conroy Professional Corporation, attorney for Makita, U.S.A., Inc. hereby certify that on August 31, 2005, a true copy of the above document was served upon the following by First Class Mail:

Michael C. Najjar, Esquire
Marcotte Law Firm
45 Merrimack Street
Lowell, MA 01852

_____
Christopher R. Conroy