UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **HAROLD E. BOSSELMANN,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**MAKITA U.S.A., INC.,** )<br>)<br>**Defendant** )<br>) | CIVIL ACTION NO.   05-11176 PBS |

**PLAINTIFF'S CERTIFICATION PURSUANT TO LOCAL RULE 16.1**

The undersigned hereby affirm that they have conferred with a view to establishing, insofar as it is possible at this preliminary stage, a budget for the cost of conducting the full course – and various alternative courses – of the litigation; and to consider the resolution of the litigation through the use of Alternative Dispute Resolution programs.

/s/___Michael C. Najjar_____     /s/ ___Harold E. Bosselmann_____
Michael C. Najjar, BBO# 366740           Harold E. Bosselmann
Marcotte Law Firm                                  32 Flagg Road
45 Merrimack Street, Suite 410             Westford, MA   01886
Lowell, MA   01852-1776
(978)458-1229

Dated:___September 1, 2005_____