**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

Harold E. Bosselmann
        Plaintiff

                              CIVIL ACTION
      V.                            NO. 05-11176-PBS

Makita U.S.A., Inc
        Defendant

**ORDER OF REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

After consultation with counsel and after consideration of the various alternative dispute resolution programs (ADR) available, I find this matter appropriate for ADR and accordingly, refer this case to the ADR program for assignment of the following:

    _____ EARLY NEUTRAL EVALUATION    \_\_X\_\_ MEDIATION: early Winter, 2006.
    _____ MINI-TRIAL    _____ SUMMARY JURY TRIAL
    _____ SETTLEMENT CONFERENCE    _____ SPECIAL MASTER
    _____ PRIVATE ALTERNATIVE DISPUTE RESOLUTION PROGRAM

Upon notification of the time and place designated for the proceeding, counsel are directed to be present with their clients or with appropriate settlement authority and to provide any written documentation which may be required for the particular ADR program. If counsel is engaged on trial or has any scheduling conflict and a continuance becomes necessary, the provider of the ADR program and other counsel should be advised of the conflict immediately.

                                            HON. PATTI B. SARIS
                                            UNITED STATES DISTRICT JUDGE
                                            BY: /s/ Robert C. Alba
DATE: September 6, 2005                     DEPUTY CLERK

<u>CASE CATEGORY</u>

| | | | |
|---|---|---|---|
| Admiralty | \_\_\_\_\_ | Antitrust | \_\_\_\_\_ |
| Civil Rights | \_\_\_\_\_ | Contract | \_\_\_\_\_ |
| Copyright/Trademark/Patent | \_\_\_\_\_ | Environmental | \_\_\_\_\_ |
| ERISA | \_\_\_\_\_ | FELA | \_\_\_\_\_ |
| Labor Relations | \_\_\_\_\_ | Medical Malpractice | \_\_\_\_\_ |
| Personal Injury | \_\_\_\_\_ | Product Liability | \_\_\_\_\_ |
| Shareholder Dispute | \_\_\_\_\_ | | |
| Other | | _____ | |