UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Harold E. Bosselmann
Plaintiff,

V.  Civil Action Number
05-11176-PBS

Makita U.S.A., Inc.
Defendant.  September 6, 2005

## SCHEDULING ORDER

Saris, D.J.,

Fact Discovery deadline: 4/30/06

Plaintiff's expert designation deadline: 5/30/06

Defendant's expert designation deadline: 6/30/06

Expert discovery deadline: 7/30/06

Summary Judgment and Daubert Motion filing deadline: 9/29/06

Opposition to Summary Judgment and Daubert Motions: 10/23/06

Hearing on Summary Judgment, Daubert or Pretrial Conference: 11/14/06 at 2:00 p.m.

Final Pretrial Conference: 1/30/07 at 2:00 p.m.

Jury Trial: 2/5/07 at 9:00 a.m.

Case to be referred to Mediation program: early Winter, 2006

By the Court,

/s/ Robert C. Alba
Deputy Clerk