UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HAROLD E. BOSSELMANN,<br><br>      Plaintiff,<br>v.<br><br>MAKITA U.S.A., INC.<br><br>      Defendant. | CIVIL ACTION NO. 05-11176 PBS |

## ASSENTED-TO MOTION TO CONTINUE THE ADR CONFERENCE

Makita U.S.A., Inc. hereby requests that the Court continue the ADR Conference, currently scheduled for March 17, 2006 in Courtroom 25 with Magistrate Judge Bowler to a convenient date and time for the Court in May 2006. In support of this motion, Makita U.S.A., Inc. states:

1. The parties have been actively involved in discovery of this case.

2. The parties would like to complete the plaintiff's deposition prior to the ADR Conference, however, the plaintiff resides in Florida during the winter.

3. If the ADR Conference was continued for two (2) months, it would permit the parties to conduct depositions, which will lead to a more productive ADR Conference.

4. The plaintiff assents to this motion.

Wherefore, the defendant, Makita U.S.A., Inc., hereby requests that the Court continue the ADR Conference for a convenient date for the Court in May 2006.

MAKITA U.S.A., INC.

By its Attorneys,
CAMPBELL CAMPBELL EDWARDS & CONROY,
PROFESSIONAL CORPORATION


/s/ Christopher R. Conroy
Holly M. Polglase (BBO# 553271)
Christopher R. Conroy (BBO# 661155)
One Constitutional Plaza
Boston, MA 02129
(617) 241-3000
E-mail:  cconroy@campbell-trial-lawyers.com


**CERTIFICATE OF SERVICE**

I, Christopher R. Conroy, of Campbell Campbell Edwards & Conroy Professional Corporation, hereby certify that this document filed through the ECF system will be sent electronically to the registered participant as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on February 10, 2006.


/s/ Christopher R. Conroy
Holly M. Polglase (BBO# 553271)
Christopher R. Conroy (BBO# 661155)
Campbell Campbell Edwards & Conroy, PC
One Constitutional Plaza
Boston, MA 02129
(617) 241-3000
E-mail:  cconroy@campbell-trial-lawyers.com