**CAMPBELL CAMPBELL EDWARDS & CONROY**
PROFESSIONAL CORPORATION



ONE CONSTITUTION PLAZA
THIRD FLOOR
BOSTON, MA 02129
TEL: (617) 241 3000
FAX: (617) 241 5115

**HOLLY M. POLGLASE**
(617) 241-3101

April 17, 2006

*VIA HAND DELIVERY*

The Honorable Marianne B. Bowler
United States District Court
District of Massachusetts
1 Courthouse Way, Suite 2300
Boston, MA  02210

    Re:    Harold E. Bosselmann v. Makita U.S.A., Inc.
            Civil Action No.: 05-11176 PBS

Dear Judge Bowler:

    As you know, the above-captioned case is scheduled for a mandatory Mediation before you on May 2, 2006.  Recently, I served on the Panel of Citizens appointed to make a recommendation concerning your reappointment as a Magistrate Judge.  The work of the Panel is now complete and our report has been submitted.  I wanted to assure you that I have disclosed my involvement on the Panel with opposing counsel, Michael Najjar, and neither he, nor his client, have any objection to the Mediation proceeding as scheduled.

    My clients will be traveling from California for the Mediation so I wanted to bring this issue to your attention before they finalized their travel plans.  Should you have any questions or concerns regarding this issue, I wanted to give you an opportunity to address them well in advance of the Mediation.

    Thank you for your attention to this matter.

                              Very truly yours,

                              Holly M. Polglase

HMP/jl

cc:   Michael Najjar, Esq. *(via facsimile)*