**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

  Harold Bosselmann
               Plaintiff

           V.

  Makita USA, Inc.
               Defendant

CIVIL ACTION
NO. __05-11176-PBS__

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE _____Saris_____

[ ]  The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[X]  On __5/2/2006__ I held the following ADR proceeding:

    _____  SCREENING CONFERENCE    _____  EARLY NEUTRAL EVALUATION
    __X__  MEDIATION    _____  SUMMARY BENCH / JURY TRIAL
    _____  MINI-TRIAL    _____  SETTLEMENT CONFERENCE

    All parties were represented by counsel [except _____].
    The parties were present in person, or by an authorized officer. [except_____].
    The case was:

[X]  Settled. Your clerk should enter a _60_ day order of dismissal.

[ ]  There was progress. A further conference has been scheduled for _____ unless the case is reported settled prior to that date.

[ ]  Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[ ]  Suggested strategy to facilitate settlement:

    __05/2/2006__                          __Marianne B. Bowler, USMJ__
        DATE                                                  ADR Provider

(ADR Report (Makita).wpd - 4/12/2000)                                          [adrrpt.]